```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 26620
   ELLA J PARKER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-0501


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/19/2004 and was confirmed 09/02/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was paid in full 08/24/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME                  CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                 PAID         PAID
--------------------------------------------------------------------------------
 ARONSON FURNITURE           SECURED             1160.00         79.77       1160.00
 ARONSON FURNITURE           UNSECURED            312.50           .00        312.50
 HONOR FINANCE               SECURED             4425.00        304.29       4425.00
 CAPITAL ONE BANK            UNSECURED            925.75           .00        925.75
 CAPTAL ONE                  NOTICE ONLY       NOT FILED           .00           .00
 ROUNDUP FUNDING LLC         UNSECURED           2897.39           .00       2897.39
 CROSS COUNTRY BANK          NOTICE ONLY       NOT FILED           .00           .00
 FREDERIC ROBERTSON DC       UNSECURED         NOT FILED           .00           .00
 MRS ASSOCIATES              UNSECURED         NOT FILED           .00           .00
 ROUNDUP FUNDING LLC         UNSECURED           1631.78           .00       1631.78
 PROVIDIAN BANK              UNSECURED         NOT FILED           .00           .00
 PROVIDIAN                   NOTICE ONLY       NOT FILED           .00           .00
 PROVIDIAN NATIONAL BANK     NOTICE ONLY       NOT FILED           .00           .00
 EHS TRINITY HOSPITAL        UNSECURED         NOT FILED           .00           .00
 EHS TRINITY HOSPITAL        NOTICE ONLY       NOT FILED           .00           .00
 HONOR FINANCE               UNSECURED           2473.02           .00       2473.02
 TIMOTHY K LIOU              DEBTOR ATTY        2,485.94                    2,485.94
 TOM VAUGHN                  TRUSTEE                                          933.02
 DEBTOR REFUND               REFUND                                           419.88

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                18,048.34

 PRIORITY                                           .00
 SECURED                                        5,585.00
    INTEREST                                      384.06
 UNSECURED                                      8,240.44
 ADMINISTRATIVE                                 2,485.94
 TRUSTEE COMPENSATION                             933.02

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 26620 ELLA J PARKER
```

```
DEBTOR REFUND                                                   419.88
                                    ---------------    ---------------
TOTALS                                    18,048.34          18,048.34
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 11/29/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```